UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDGAR FREYRE AND ROCIO FREYRE,

    Plaintiffs,

v.                                                  Case No.  8:10-cv-2396-T-24-TGW

HARTFORD INSURANCE COMPANY OF THE
MIDWEST,

    Defendant.
_____/

## ORDER

    This cause comes before the Court on Defendant's Motion to Strike Plaintiffs' Reply to Defendant's Affirmative Defenses.  (Doc. No. 5).  Plaintiffs' Reply to Defendant's Affirmative Defenses was filed while the case was before the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County.  (Doc. No. 4).  The case has since been removed to this Court pursuant to 28 U.S.C. § 1332.  (Doc. No. 1).

    Plaintiffs' Complaint alleges that Defendant breached Plaintiffs' insurance policy by failing to pay the alleged benefits due to Plaintiffs when their home and property were damaged.  (Doc. No. 2).  Defendant's Answer denies Plaintiffs' allegations and sets forth twelve affirmative defenses.  (Doc. No. 3).  Plaintiffs then filed a Reply to Defendant's Affirmative Defenses which generally denies each affirmative defense with identical language for each of the twelve defenses.  (Doc. No. 4).

    Defendant argues that the Court should strike Plaintiffs' Reply to Defendant's Affirmative Defenses because Plaintiffs generally denied each affirmative defense and a reply

should not be used for such general denials.  See Fla. R. Civ. P. 1.110(e) ("[a]verments in a pleading to which no responsive pleading is required or permitted shall be taken as denied or avoided").  While Defendant's argument may be correct, the Court finds that Plaintiffs' Reply denying Defendant's affirmative defenses does not prejudice Defendant in any way.

Accordingly, it is ORDERED AND ADJUDGED that Defendant's Motion to Strike Plaintiffs' Reply to Defendant's Affirmative Defenses is DENIED.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of November, 2010.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record

2